# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 8, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159262

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

DEERHURST CONDOMINIUM OWNERS
ASSOCIATION, INC., and WOODVIEW
CONDOMINIUM ASSOCIATION, Individually
and as Representatives of a Class of Similarly
Situated Persons and Entities,
    Plaintiffs-Appellants,

v

CITY OF WESTLAND,
    Defendant-Appellee.

SC: 159262
COA: 339143
Wayne CC: 15-006473-CZ

_____/

   On order of the Court, the application for leave to appeal the January 29, 2019 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *DAART v City of Detroit* (Docket No. 158852) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 8, 2020



s0831

          Clerk